**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02203-BNB

CRAIG S. ROBLEDO-VALDEZ,

    Applicant,

v.

TRAVIS TRANI, and
TOM CLEMENTS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's Motion to Reconsider Order and to Supplement Claim (ECF No. 20), in which Applicant asks the Court to reconsider the Court's order denying his motion for preliminary injunctive relief, is DENIED. In light of Applicant's failure to exhaust state remedies for his claims challenging denials of earned time credits as discussed by Magistrate Judge Boland in his Order to Show Cause (ECF No. 19), Applicant still fails to demonstrate a substantial likelihood of prevailing on the merits in this action.

Dated: December 21, 2012