IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02203-WYD

CRAIG S. ROBLEDO-VALDEZ,

    Applicant,

v.

TRAVIS TRANI, and
TOM CLEMENTS,

    Respondents.

## FINAL JUDGMENT

    I.    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order to Dismiss in Part, filed on March 6, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that that unexhausted claims one, two, and three in the amended application are dismissed without prejudice pursuant to Applicant's request to dismiss those claims voluntarily.

    II.    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed on June 25, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF Doc No. 9] is denied and the instant action is dismissed for lack of subject matter jurisdiction. It is further

ORDERED that here is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

DATED at Denver, Colorado this 26th day of June, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk