IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-02203-WYD

CRAIG S. ROBLEDO-VALDEZ,

    Applicant,

v.

TRAVIS TRANI, and
TOM CLEMENTS,

    Respondents.

## ORDER DENYING MOTION FOR RECONSIDERATION

This matter is before me on the Motion for Reconsideration (ECF No. 37) filed July 8, 2013, by Applicant.  Applicant asks me to reconsider and vacate the Order Granting Motion to Dismiss (ECF No. 35) entered in this action on June 25, 2013.

The Motion for Reconsideration will be denied because Applicant does not address my determination in the Order Granting Motion to Dismiss that his remaining claim in this action, which challenges a decision of the Colorado Parole Board denying him release on parole in September 2011, became moot when he was released on parole on January 30, 2013.  Applicant's assertion that he is confined in a county jail in Texas as the result of a parole violation does not alter that determination.

Accordingly, it is

ORDERED that Applicant's Motion for Reconsideration (ECF No. 37) is **DENIED**.

DATED August 23, 2013.

                                 BY THE COURT:

                                 s/ Wiley Y. Daniel
                                 WILEY Y. DANIEL
                                 Senior United States District Judge