IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02203-WYD

CRAIG S. ROBLEDO-VALDEZ,

    Applicant,

v.

TRAVIS TRANI, and
TOM CLEMENTS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Applicant's Request for Credit for Time Served (ECF No. 41) is **DENIED** because this action has been dismissed.

    Also, the document titled "Plaintiffs Advisory and Request" (ECF No. 44), which has been docketed as a motion, and Plaintiff's "Request for Emergency Relief" (ECF No. 45), are **DENIED** because this action has been dismissed and the motions are not relevant to the dismissal of this action.

    Dated:  September 17, 2013